No. 72–86.  CLARK SHERWOOD OIL FIELD CONTRAC-
TORS ET AL. *v.* SMITH ET AL.  C. A. 5th Cir.  Certiorari
denied.

No. 72–117.  IANNELLI *v.* UNITED STATES;

No. 71–6858.  SQUIRES, AKA SPEARS *v.* UNITED STATES;
and

No. 72–5274.  TORTORA *v.* UNITED STATES.  C. A. 2d
Cir.  Certiorari denied.  Reported below: 461 F. 2d 483.

No. 72–173.  JACKSONVILLE TERMINAL Co. *v.* HODGE,
ADMINISTRATRIX.  Dist. Ct. App. Fla., 1st Dist.  Cer-
tiorari denied.

No. 72–196.  JAVITS *v.* ASSOCIATION OF THE BAR OF
THE CITY OF NEW YORK.  App. Div., Sup. Ct. N. Y., 1st
Jud. Dept.  Certiorari denied.

No. 72–247.  NACIREMA OPERATING Co., INC., ET AL. *v.*
OOSTING, DEPUTY COMMISSIONER, BUREAU OF EMPLOY-
EES' COMPENSATION, U. S. DEPARTMENT OF LABOR.  C. A.
4th Cir.  Certiorari denied.

No. 72–253.  PET, INC. *v.* KYSOR INDUSTRIAL CORP.
C. A. 6th Cir.  Certiorari denied.

No. 72–255.  NATIONAL AMERICAN BANK OF NEW
ORLEANS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari
denied.

No. 72–257.  ALVAREZ-FRANCO *v.* UNITED STATES.
C. A. 9th Cir.  Certiorari denied.

No. 72–260.  MEYER ET AL. *v.* CITY OF OKLAHOMA
CITY ET AL.  Sup. Ct. Okla.  Certiorari denied.